

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　Plaintiff<br><br>　　　v.<br><br>Tridon Holdings LLC<br>Tridon Industries<br>Steven Wezel<br>MaryBeth Yannessa<br>　　　　　　　　　　　Defendant | Civil Action No. 19-03284<br><br>**FILED**<br>NOV 2 0 2019<br>KATE BARKMAN, Clerk<br>By_____ JC _____ Dep. Clerk |

## STIPULATED ORDER OF CONDITIONAL DISMISSAL

It appearing to this Court that the parties hereto have agreed to resolve the litigation pending between them, and they have stipulated to the entry of the within Order of Conditional Dismissal;

IT IS ORDERED that the above captioned litigation is hereby dismissed, said dismissal being conditioned upon the terms of a Compromise and Settlement Agreement between Plaintiff, United States of America, and Defendant, Tridon Holdings LLC, Tridon Industries, Steven Wezel, and MaryBeth Yannessa.

IT IS FURTHER ORDERED that should the Defendants fail to comply with any of the terms of the Compromise and Settlement Agreement, this Order of Conditional Dismissal shall be set aside upon the filing by Plaintiff of an Affidavit of Non-Compliance, and a Consent Judgment shall be entered against Defendants. *The Clerk shd close the case*

ENT'D NOV 2 0 2019

BY THE COURT:

_____
MICHAEL M. BAYLSON
United States District Court Judge

Dated: 11/20/19
11/20/19 mailed
Tridon Holdings
Yannessa Tridon
Wezel Industries

3